Henry D. Klopfer, Appellant, v. Carl Peterson, Appellee. Henry D. Klopfer, Appellant.

Gen. No. 40,859.

 Heard in third division, first district, at October term, 1939; opinion filed February 14, 1940; rehearing denied March 12, 1940. Charles Liebman and Emerson C. Whitney, for appellant; Michael M. Phillips and Raymond I. Suekoff, for appellee. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. "Not to be published in full."